IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY EASLEY

VS.                                                                        CIVIL ACTION NO. 3:10CV123-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

## FINAL JUDGMENT

Consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the claimant Anthony Easley's application for disability benefits is hereby AFFIRMED, and the claimant's Complaint herein is dismissed with prejudice.

SO ORDERED, this 15th day of February, 2012.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE